**FILED**

DEC 12 2013

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL ANDREW KEESEE            Case No. 6:13-bk-12202-CCJ
Debtor.

### MOTION TO OPPORTUNITY TO OBJECT and NOTIFY

Come now, debtor **MANUEL ANDREW KEESEE**, hereby files this Motion **TO OPPORTUNITY TO OBJECT and NOTIFY** funds will be sent upon my return to the United States and ask for a TEN (10) day opportunity to send the amount due within the said timeframe against collections and other actions against the debtor and the debtor's property.

I am work overseas in Mexico and was notified yesterday by my wife that I had received a Notice of payment due on December 12, 2013. I humbly and respectfully request if possible to extend my deadline for 10 days until I return to the United Sates on December 18 and I can immediately pay the amount owed. Also, please be advised that I have requested the IRS (INTERNAL REVENUE SERVICE) to send to your Trustee Office my refund check of USD$4001.00 so that may be applied entirely to my Chapter Thirteen account. My wife did not realize the importance of that notification, and I humble beg not dismiss my case until at least I return to USA on December 18, and will pay the amount due.

Manuel A. Keesee              Date: December 11, 2013
3610 Devonswood Drive
ORLANDO, FL 32806